**IN THE UNITED STATES BANKRUPTCY COURT**
**Michelle Lee**
**16480 Fairway**
Commerce Co. 80022
Phone:346-554-9725
Date
leedreamgoddes@gmail.com
**Case No.** Case 24-16918-KHT



FILED
CLERK OF COURT

AUG 2 6 2025

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

**Michelle D. Lee**

**PLAINTIFF,**
Vs.

*Complaint by Michelle Deon Lee against WILMINGTON SAVINGS FUND SOCIETY, FSB*

Halliday, Watkins & Mann, P.C. /s/ Heather L. Deere Heather L. Deere, #28597 Attorney for Movant 355 Union Blvd., Suite 250 Lakewood, CO 80228 303-274-0155 bankruptcyco@hwmlawfirm.com File No. CO22936

Halliday, Watkins & Mann, P.C. /s/ Heather L. Deere Heather L. Deere, #28597 Attorney for Movant 355 Union Blvd., Suite 250 Lakewood, CO 80228 303-274-0155 bankruptcyco@hwmlawfirm.com File No. CO22936

**Motion to correct Clerical error**
COMES NOW Michelle Lee Pro Se respectfully moves this Court to correct clerical errors in the Docket #262.

1. The Adveserial compliant Compliant incorrectly states :Bellco Docket #120
2. The correct information is property located at 4328 Andes way Denver Co. 80249
3. legal description : Green Valley Ranch FLG NO 41 B3 L21

WHEREFORE, the movant respectfully requests that the Court amend the order to reflect the correct information.

Respectfully
Michelle Lee



CERTIFICATE OF SERVICE

The undersigned has confirmed that copies of a **Motion to correct Clerical error** Entry of Order Pursuant to Local Bankruptcy Rule 4001; Certified mail ___8/25/25___ I parties against whom relief is sought and those otherwise entitled to service pursuant to FRBP and these LBR at the following

Halliday, Watkins & Mann, P.C. /s/ Heather L. Deere Heather L. Deere, #28597 Attorney for Movant 355 Union Blvd., Suite 250 Lakewood, CO 80228 303-274-0155 bankruptcyco@hwmlawfirm.com File No. CO22936 **WILMINGTON SAVINGS FUND SOCIETY, FSB**